UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOCH ET AL.,

                              Plaintiff,

    -v-

U.S. DEPARTMENT OF JUSTICE,

                            Defendants.

22 Civ. 3712 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As consented to by the parties in the pretrial conference on August 2, 2022, the Court instructs the parties to submit a joint status update outlining the status of the case as to all parties on October 3, 2022, and thereafter on the first Monday of each month. The Court appreciates the parties' cooperation thus far in moving this matter forward.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 3, 2022
         New York, New York