

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 4, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

        Re:    *Koch et al. v. U.S. Dep't of Justice*, No. 22 Civ. 3712 (PAE)

Dear Judge Engelmayer:

      This Office represents the Government in this action brought under the Freedom of Information Act ("FOIA") seeking certain records related to the criminal prosecution of Rudy Kurniawan for the sale of fraudulent bottles of fine wine. I write respectfully on behalf of the parties to jointly request a brief adjournment *nunc pro tunc* of the deadline to file a status update, from October 3 to October 6, 2022. The extension is required as the parties were unfortunately unable to reach agreement on the contents of the status update.

      We thank the Court for its consideration of this request.

                                                                Respectfully,

                                                               DAMIAN WILLIAMS
                                                               United States Attorney

                                                    By:  */s/ Stephen Cha-Kim*
                                                          STEPHEN CHA-KIM
                                                         Assistant United States Attorney
                                                          (212) 637-2768
                                                         stephen.cha-kim@usdoj.gov

cc:    Counsel for Plaintiff (by ECF)

                        Granted.        SO ORDERED.

                                                                        *[signature]*
                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge
                                                                   October 4, 2022