UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM I. KOCH and BRADLEY GOLDSTEIN,

                        Plaintiffs,

         -v-

U.S. DEPARTMENT OF JUSTICE,

                        Defendant.

22 Civ. 3712 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 3, 2023, the Court endorsed the parties' August 2 status update and ordered the parties to file a further status update by September 4. As of September 12, no such update has been filed. The Court orders the parties to file such an update by **September 19**.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: September 12, 2023
         New York, New York